UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JORDAN POPP,**

    **Plaintiff,**

    v.

**BREWDOG BREWING COMPANY, LLC,**

    **Defendant.**

Case No.: 2:24-cv-338
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on Defendant Brewdog Brewing Company, LLC's Motion to Dismiss. (ECF No. 7.) After Defendant filed the Motion to Dismiss, Plaintiff Jordan Popp filed an amended complaint. (ECF No. 11.)

Amended complaints supersede the original pleadings and thus render pending motions to dismiss moot. *Yates v. Applied Performance Techs., Inc*., 205 F.R.D. 497, 499 (S.D. Ohio 2002) (Holschuh, J.). Because Plaintiff filed its amended complaint after the Motion to Dismiss, the amended complaint superseded the original complaint, and the pending Motion to Dismiss became moot. Accordingly, the Motion to Dismiss is **DENIED as MOOT** (ECF No. 7).

This case remains open.

    **IT IS SO ORDERED.**

**4/30/2024**                                                 s/Edmund A. Sargus, Jr.
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                                 **UNITED STATES DISTRICT JUDGE**