IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JORDAN POPP, on behalf of herself and
others similarly situated,

    Plaintiff,                          Case No. 2:24-cv-338
                                       Judge Edmund A. Sargus, Jr.
    vs.                                   Magistrate Judge Kimberly A. Jolson

BREWDOG BREWING COMPANY LLC,

    Defendant.

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay (ECF No. 46). The Parties represent that they are engaging in settlement negotiations and ask the Court to stay all deadlines to allow the settlement negotiations to proceed. (*Id.* PageID 291.)

For good cause shown, the Motion (ECF No. 46) is **GRANTED**. All deadlines in this matter are **STAYED**. The Parties are **ORDERED** to file either a notice of settlement or a joint status report on or before **October 5, 2025**.

    IT IS SO ORDERED.

8/7/2025                                          s/Edmund A. Sargus, Jr.
DATE                                            EDMUND A. SARGUS, JR.
                                                       UNITED STATES DISTRICT JUDGE